# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

JOAO MENDES
29 SYLVESTER STREET, #2,
BROCKTON, MA

**CRIMINAL COMPLAINT**

M.J. No.: 10M-1043-JGD

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **July 22, 2009,** in **Plymouth County** in the District of **Massachusetts,** defendant, did distribute cocaine base, in violation of Title **21** United States Code, Section **841(a)(1)**. I further state that I am an **Massachusetts State Trooper and Task Force Officer** and that this complaint is based on the following facts:

Please see attached Affidavit of Massachusetts State Trooper and Task Force Officer Erik V. Telford

continued on the attached sheet and made a part hereof: [x] Yes  [ ] No

Signature of Complainant
MA State Trooper Erik V. Telford

Sworn to before me and subscribed in my presence,

March 23, 2010 _____ at   Boston, Massachusetts _____
Date                                    City and State

**JUDITH G. DEIN**
**Chief United States Magistrate Judge** _____
Name and Title of Judicial Officer          Signature of Judicial Officer