◆JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: __MA__    Category No. __II__    Investigating Agency __FBI__

City __Brockton__    Related Case Information:

County __Plymouth County__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joao Mendes__    Juvenile ☐ Yes [x] No

Alias Name _____

Address __29 Sylvester Street, #2, Brockton, MA__

Birth date (Year only): __1984__   SSN (last 4 #): __7141__   Sex __M__   Race: __Black__   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Suzanne Sullivan__    Bar Number if applicable _____

Interpreter: ☐ Yes [x] No    List language and/or dialect: _____

Victims: ☐ Yes [x] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: [x] Yes ☐ No

[x] Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: [x] Complaint    ☐ Information    ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ [x] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __March 23, 2010__    Signature of AUSA: _Suzanne Sullivan_

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Joao Mendes _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**